United States District Court
Central District of Illinois

Jonathan Lee Riches,
Plaintiff

V.

Louis J. Pearlman; Henry Samueli; Raffaello Follieri; Urbana Police Department; Illinois State Police; Pontiac Correctional Center; Lincoln Correctional Center; Dixon Correctional Center,
Defendants

<u>28 USC 2254 - State Relief</u> - The State of Illinois lodged a detainer on me. Comes now the Plaintiff on 6-25-08, moves this court on a 28 USC 2254 state civil rights violation against me denying me due process to contest my Detainer. Defendants put a freeze on my Inmate trust Account preventing me from buying Councel to take care of my State detainer. The Illinois State Police said I have a warrant for Identity Theft when I was staying in Monmouth, Illinois in 2002. I never committed no crimes in Illinois, this is a deliberate injustice to do me harm and prejudice in participating in a half way house. If you have a detainer your not allowed halfway house. I seek the removal of this detainer and my civil rights back. I pray for relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

6-25-08

Jonathan Lee Riches