**E-FILED**
Tuesday, 01 July, 2008 02:43:44 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHES,** | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 08-CV-2143 |
| | ) | |
| **LOUIS J. PEARLMAN, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On June 30, 2008, Petitioner, Jonathan Lee Riches, filed a document requesting relief under 28 U.S.C. § 2254. Petitioner, a federal prisoner, stated that the State of Illinois lodged a detainer against him which has affected his access to his inmate trust account and has prevented him from being allowed into a halfway house. Petitioner stated that he was informed that the detainer was based upon a warrant for his arrest when he was staying in Monmouth, Illinois, in 2002. Petitioner stated that he was seeking the removal of the detainer under 28 U.S.C. § 2254.

Because Monmouth, Illinois, is located in the Rock Island Division of the Central District of Illinois, this court is transferring this case to the Rock Island Division for all further proceedings.

ENTERED this 1st day of July, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE